MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5065
Fax: (408)-535-5066
E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 10-CR-00822-DLJ |
|---|---|
| Plaintiff, | ) STIPULATION AND [] |
| v. | ) ORDER CHANGING STATUS HEARING |
|  | ) FROM FEBRUARY 9, 2012, AT 9:00 A.M |
| JORGE MENDOZA, | ) TO MARCH 1, 2012 AT 9:00 A.M. AND |
|  | ) EXCLUDING TIME FROM FEBRUARY |
| Defendant. | ) 9, 2012 TO MARCH 1, 2012 |

The defendant Jorge Mendoza, represented by Robert W. Lyons, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, currently have scheduled before this Court a status hearing on February 9, 2012, at 9:00 a.m. The parties request that the status hearing be rescheduled to March 1, 2012 at 9:00 a.m., and that a time exclusion order be issued that would exclude time under the Speedy Trial Act from February 9, 2012 to March 1, 2012, to permit the parties the reasonable time necessary for effective

////

////

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing

preparation and continuity of counsel.  The continuance is also necessary because Mr. Lyons will be recovering from a medical procedure.

DATED: February 7, 2012

MELINDA HAAG
United States Attorney

/s/
Thomas A. Colthurst
Assistant United States Attorney

/s/
Robert W. Lyons, Esq.
Counsel for Defendant JORGE MENDOZA

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from February 9, 2012, at 9:00 a.m. to March 1, 2012 at 9:00 a.m.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from February 9, 2012, through March 1, 2012, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from February 9, 2012, through March 1, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between February 9, 2012 and March 1, 2012, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 

THE HONORABLE D. LOWELL JENSEN
Senior United States District Judge

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing