1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)            <span style="background:yellow">EÖÉZ¢SÖÖÆÁ EÌÌÊÕFÕGÉ</span>
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5065
7     Fax: (408)-535-5066
      E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. 10-CR-00822-DLJ
                                       )
15          Plaintiff,                 )    STIPULATION AND []
        v.                             )    ORDER CHANGING STATUS HEARING
16                                     )    FROM LWP G'36.'4234, AT 9:00 A.M TO
    JORGE MENDOZA ,                     )    JUN[ '3; , 2012 AT 9:00 A.M. AND
17                                     )    EXCLUDING TIME FROM JUNE 14,
            Defendant.                 )    2012 TO JULY 19, 2012
18  _____)

19

20

21          The defendant Jorge Mendoza, represented by Robert W. Lyons, Esq., and the

22  government, represented by Thomas A. Colthurst, Assistant United States Attorney, currently

23  have scheduled before this Court a status hearing on June 14, 2012, at 9:00 a.m.  The parties

24  request that the status hearing be rescheduled to July 19, 2012 at 9:00 a.m., and that a time

25  exclusion order be issued that would exclude time under the Speedy Trial Act from June 14,

26  2012 to July 19, 2012, to permit the parties the reasonable time necessary for effective

27  ////

28  ////

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing

preparation and continuity of counsel.

DATED: June 12, 2012

MELINDA HAAG
United States Attorney

_____/s/_____
Thomas A. Colthurst
Assistant United States Attorney

_____/s/_____
Robert W. Lyons, Esq.
Counsel for Defendant JORGE MENDOZA

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from June 14, 2012, at 9:00 a.m. to July 19, 2012 at 9:00 a.m.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from June 14, 2012, through July 19, 2012, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 14, 2012, through July 19, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between June 14, 2012 and July 19, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: Î Ð¢Ð¢Ð

_____
THE HONORABLE D. LOWELL JENSEN
Senior United States District Judge

*US v.Mendoza.*, 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing