```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  THOMAS A. COLTHURST (CABN 99493)
    Assistant United States Attorney
 5
       150 Almaden Boulevard, Suite 900
 6     San Jose, California 95113
       Telephone: (408)-535-5065
 7     Fax: (408)-535-5066
       E-Mail: tom.colthurst@usdoj.gov
 8
    Attorneys for United States of America
 9
                       UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13

14  UNITED STATES OF AMERICA,          )   No. 10-CR-00822-DLJ
                                       )
15         Plaintiff,                  )   STIPULATION AND []
       v.                              )   ORDER CHANGING STATUS HEARING
16                                     )   FROM JULY 19, 2012, AT 9:00 A.M TO
    JORGE MENDOZA ,                    )   AUGUST 23, 2012 AT 9:00 A.M. AND
17                                     )   EXCLUDING TIME FROM JULY 19,
           Defendant.                  )   2012 TO AUGUST 23, 2012
18                                     )

19

20

21      The defendant Jorge Mendoza, represented by Robert W. Lyons, Esq., and the

22  government, represented by Thomas A. Colthurst, Assistant United States Attorney, currently

23  have scheduled before this Court a status hearing on July 19, 2012, at 9:00 a.m.  The parties

24  request that the status hearing be rescheduled to August 23, 2012 at 9:00 a.m., and that a time

25  exclusion order be issued that would exclude time under the Speedy Trial Act from July 19, 2012

26  to August 23, 2012, to permit the parties the reasonable time necessary for effective

27  ////

28  ////
```

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing

preparation and continuity of counsel.

DATED: July 16, 2012

MELINDA HAAG
United States Attorney

/s/
Thomas A. Colthurst
Assistant United States Attorney

/s/
Robert W. Lyons, Esq.
Counsel for Defendant JORGE MENDOZA

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from July 19, 2012, at 9:00 a.m. to August 23, 2012 at 9:00 a.m.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from July 19, 2012, through August 23, 2012, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 19, 2012, through August 23, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between July 19, 2012 and August 23, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 

THE HONORABLE D. LOWELL JENSEN
Senior United States District Judge

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing