```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  THOMAS A. COLTHURST (CABN 99493)
    Assistant United States Attorney
 5
       150 Almaden Boulevard, Suite 900
 6     San Jose, California 95113
       Telephone: (408)-535-5065
 7     Fax: (408)-535-5066
       E-Mail: tom.colthurst@usdoj.gov
 8
    Attorneys for United States of America
 9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                                 SAN JOSE DIVISION
12

13
14  UNITED STATES OF AMERICA,         )   No. 10-CR-00822-DLJ
                                      )
15       Plaintiff,                   )   STIPULATION AND []
         v.                           )   ORDER CHANGING STATUS HEARING
16                                    )   FROM OCTOBER 11, 2012, AT 9:00 A.M
    JORGE MENDOZA ,                   )   TO NOVEMBER 1, 2012 AT 9:00 A.M.
17                                    )   AND EXCLUDING TIME FROM
         Defendant.                   )   OCTOBER 11, 2012 TO NOVEMBER 1,
18  ─────────────────────────────────)   2012
```

The defendant Jorge Mendoza, represented by Robert W. Lyons, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, currently have scheduled before this Court a status hearing on October 11, 2012, at 9:00 a.m. The parties request that the status hearing be rescheduled to November 1, 2012 at 9:00 a.m., and that a time exclusion order be issued that would exclude time under the Speedy Trial Act from October 11, 2012 to November 1, 2012, to permit the parties the reasonable time necessary for effective

////

////

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing

preparation and continuity of counsel.

DATED: October 9, 2012

MELINDA HAAG
United States Attorney

/s/
Thomas A. Colthurst
Assistant United States Attorney

/s/
Robert W. Lyons, Esq.
Counsel for Defendant JORGE MENDOZA

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from October 11, 2012, at 9:00 a.m. to November 1, 2012 at 9:00 a.m.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from October 11, 2012, through November 1, 2012, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from October 11, 2012, through November 1, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between October 11, 2012 and November 1, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 

THE HONORABLE D. LOWELL JENSEN
Senior United States District Judge

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing