MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>v.<br><br>JORGE MENDOZA,<br><br>   Defendant. | No. 10-CR-00822-DLJ<br><br>STIPULATION AND []<br>ORDER CHANGING STATUS HEARING<br>FROM JANUARY 29, 2013, AT 9:00 A.M<br>TO FEBRUARY 28, 2013 AT 9:00 A.M.<br>AND EXCLUDING TIME FROM<br>JANUARY 29, 2013 TO FEBRUARY 28,<br>2013 |

The defendant Jorge Mendoza, represented by Robert W. Lyons, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, currently have scheduled before this Court a status hearing on January 29, 2013, at 9:00 a.m. The parties request that the status hearing be rescheduled to February 28, 2013 at 9:00 a.m., and that a time exclusion order be issued that would exclude time under the Speedy Trial Act from January 29, 2013 to February 28, 2013, to permit the parties the reasonable time necessary for effective preparation and continuity of counsel.

In support of this request, the parties state the following: More time is needed to resolve the potential conflict of representation issues that have arisen. Another attorney has been

*US v. Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing

engaged to assist in this process, and a proposed order has been presented to the Court to facilitate this attorney's ability to visit the defendant in jail.  Also counsel for the defendant has a schedule conflict on that date concerning a case in another district.

DATED:  January 25, 2013							MELINDA HAAG
											United States Attorney

											_____/s/_____
											Thomas A. Colthurst
											Assistant United States Attorney


											_____/s/_____
											Robert W. Lyons, Esq.
											Counsel for Defendant JORGE MENDOZA

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from January 29, 2013, at 9:00 a.m. to February 28, 2013 at 9:00 a.m.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from January 29, 2013, through  February 28, 2013, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time  from January 29, 2013, through  February 28, 2013, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between January 29, 2013, and February 28, 2013, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  F〿〿

_____
THE HONORABLE D. LOWELL JENSEN
Senior United States District Judge

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [d] Order re Status Hearing