MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>    Plaintiff, </br></br>   v. </br></br>ALEJANDRO GONZALES, </br></br>    Defendant. | No. 10-CR-00822-DLJ </br></br> STIPULATION AND [] </br>ORDER CONTINUING HEARING DATE |

The defendant ALEJANDRO GONZALES, represented by Curtis V. Rodriguez, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for June 6, 2013, be continued to July 18, 2013.

No other defendants are affected by this request.

////

////

////

STIPULATION AND [] ORDER
Case No. 10-CR-00822-DLJ

SO STIPULATED:

Dated: May 30, 2013          /S/
                             Thomas A. Colthurst
                             Assistant United States Attorney


Dated: May 30, 2013          /S/
                             Curtis V. Rodriguez, Esq.
                             Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Alejandro Gonzales*, scheduled for June 6, 2013, is continued to July 18, 2013, at 10:00 a.m.

DATED: Î Ð Ð H          _____
                        THE HONORABLE D. LOWELL JENSEN
                        United States District Judge