1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5

6    150 Almaden Boulevard, Suite 900
     San Jose, California 95113
7    Telephone: (408)-535-5065
     Fax: (408)-535-5066
8    E-Mail: tom.colthurst@usdoj.gov

9  Attorneys for United States of America

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. 10-CR-00822-DLJ
                                       )
15         Plaintiff,                  )
                                       )
16     v.                              )    STIPULATION AND []
                                       )    ORDER CONTINUING HEARING DATE
17  ALEJANDRO GONZALES,                )
                                       )
18         Defendant.                  )
                                       )
19  _____)

20

21      The defendant ALEJANDRO GONZALES, represented by Curtis V. Rodriguez, Esq.,

22  and the government, represented by Thomas A. Colthurst, Assistant United States Attorney,

23  respectfully request that the sentencing hearing currently scheduled for July 18, 2013, be

24  continued to September 19, 2013.

25      No other defendants are affected by this request.  The probation officer joins in the

26  request for the new date.

27  ////

28  ////

1   SO STIPULATED:

2

3   Dated:  July 1, 2013                    _____/S/_____
                                            Thomas A. Colthurst
4                                           Assistant United States Attorney

5

6   Dated:  July 1, 2013                    _____/S/_____
                                            Curtis V. Rodriguez, Esq.
7                                           Attorney for Defendant

8

9       Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

10  hearing for *United States v. Alejandro Gonzales*, scheduled for July 18, 2013, is continued to

11  September 19, 2013, at 10:00 a.m.

12

13

14  DATED: _____            _____
                                          THE HONORABLE D. LOWELL JENSEN
15                                        United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28