```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    J. DOUGLAS WILSON (DCBN 412811)
 3  Chief, Criminal Division

 4  THOMAS A. COLTHURST (CABN 99493)
    Assistant United States Attorney
 5
       150 Almaden Boulevard, Suite 900
 6     San Jose, California 95113
       Telephone: (408)-535-5065
 7     Fax: (408)-535-5066
       E-Mail: tom.colthurst@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-CR-00822-DLJ |
| Plaintiff, | STIPULATION AND [] |
| v. | ORDER CONTINUING HEARING DATE |
| ALEJANDRO GONZALES, | |
| Defendant. | |

The defendant ALEJANDRO GONZALES, represented by Curtis V. Rodriguez, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for September 19, 2013, be continued to November 21, 2013.

No other defendants are affected by this request.

////

////

////

STIPULATION AND [] ORDER
Case No. 10-CR-00822-DLJ

SO STIPULATED:

Dated: September 11, 2013        /S/
                                 Thomas A. Colthurst
                                 Assistant United States Attorney


Dated: September 11, 2013        /S/
                                 Curtis V. Rodriguez, Esq.
                                 Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Alejandro Gonzales*, scheduled for September 19, 2013, is continued to November 21, 2013, at 10:00 a.m.

DATED: _____                _____
                                 THE HONORABLE D. LOWELL JENSEN
                                 United States District Judge