```
ROBERT W. LYONS (45548)
Law Offices of Robert W. Lyons
295 West Winton Avenue
Hayward, California 94544
Telephone:  (510) 782-6161
Facsimile:  (510) 782-3519
```

*E-FILED - 10/30/13*

Attorney for Defendant
Jorge Enrique Mendoza

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                  )<br>                                        )<br>      vs.                               )<br>                                        )<br> JORGE ENRIQUE MENDOZA,                  )<br>                                        )<br>            Defendant.                  )<br>_____) | Case No.: CR 5:10-cr-00822-ŒQÕ<br><br>STIPULATION AND [] ORDER TO<br>CONTINUE SÓSÚÓSOØSÖÁÒÓNÞØSÖ AND EXLCUSION<br>OF TIME UNDER THE SPEEDY TRIAL ACT<br>[18 U.S.C. §3161] |

The parties by and through their counsel of record, hereby stipulate to the following:

The parties have jointly agreed that the current sentencing hearing date of Thursday, October 31, 2013 at 10:00 a.m. be continued to Thursday, December 5, 2013 at 10:00 a.m. The reason for this continuance is that defense counsel will be out of the country on vacation.  The court notified defense counsel of a change of the present date of October 24 to October 31 and defense counsel had already made vacation plans. For the factual reason above, the parties agree that the time between October 31, 2013 and December 5, 2013 shall be excludable from the Speedy Trial Act requirements of Title 18,  United States Code, Sections 3161 (h)(7)(A) and 3161(h)(7)(B)(iv).

The parties agree that the time is excludable in that the ends of justice served by granting the continuance of the status conference to December 5, 2013 outweigh the best interests of the public and the defendant in a speedy trial. The

STIPULATION AND [] ORDER TO CONTINUE SENTENCING HEARING

- 1 -

parties agree that a continuance of the status conference to December 5, 2013 is necessary to ensure both effective case preparation and the availability of defense counsel, and denial of such a continuance would unreasonably deny defendant effective case preparation and continuity of counsel pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Date:  October 18, 2013

                                              /s/Robert W. Lyons
                                                Robert W. Lyons
                                         Attorney for Jorge Enrique Mendoza

Date: October 18, 2013                    /s/Tom Colthurst
                                                Tom Colthurst
                                         Assistant United States Attorney

IT IS SO ORDERED.

Date:  10/30/13                                          _____
                                               Honorable D. Lowell Jensen
                                               United States District Judge