| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | THOMAS A. COLTHURST (CABN 99493)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5065<br>FAX: (408) 535-5066<br>tom.colthurst@usdoj.gov |
| 7 | |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 10-CR-00822-DLJ |
| Plaintiff, | ) ) | STIPULATION AND [] ORDER CONTINUING HEARING DATE |
| v. | ) ) | |
| ALEJANDRO GONZALES, | ) ) | |
| Defendant. | ) ) | |

The defendant ALEJANDRO GONZALES, represented by Curtis V. Rodriguez, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for November 21, 2013, be continued to December 12, 2013.

No other defendants are affected by this request. This request is being made to accommodate the Probation Officer.

////

////

STIPULATION AND [] ORDER
10-CR-00822-DLJ

SO STIPULATED:

Dated: November 4, 2013        /S/
                               Thomas A. Colthurst
                               Assistant United States Attorney


Dated: November 4, 2013        /S/
                               Curtis V. Rodriguez, Esq.
                               Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Alejandro Gonzales*, scheduled for November 21, 2013, is continued to December 12, 2013, at 10:00 a.m.

DATED: 11-6-13

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge

STIPULATION AND [] ORDER
10-CR-00822-DLJ