Curtis V. Rodriguez, Esq.   SBN 113198
95 So. Market Street, Suite 300
San Jose, CA 95113
Tel:  (408) 838-1539
Fax: (408) 995-3202
Attorneys for Defendant
ALEJANDRO GONZALES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Jose Venue

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>ALEJANDRO GONZALES,<br><br>    Defendant. | CASE NO. 5:10CR00822-002   DLJ<br><br>STIPULATION AND []<br>ORDER TO CONTINUE<br>SENTENCING OF DEFENDANT<br>GONZALES<br><br>Hearing Date: December 12, 2013 |

The Defendant ALEJANDRO GONZALES, represented by Curtis V. Rodriguez, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for December 12, 2013 be continued to January 16, 2014.  The basis for this request is the necessity to resolve a sentencing issue which just arose and needs clarification by documentation which we are in the process of acquiring.

No other defendants are affected by this request.

/////

Stipulation and [] Order
Case No. 5:10-cr-00822-DLJ

////

SO STIPULATED:

Dated: December 5, 2013         /s/
                                Curtis V. Rodriguez
                                Attorney for Defendant


Dated: December 5, 2013         /s/
                                Thomas A. Colthurst
                                Assistant United States Attorney


    Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Alejandro Gonzales,* scheduled for December 12, 2013 is continued to January 16, 2014, at 10:00 a.m.

Dated: _____         _____
                                THE HONORABLE D. LOWELL JENSEN
                                United States District Judge

Stipulation and []'Order
Case No. 5:10-cr-00822-DLJ

-2-